**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MARQUIS PATRICK,**

**Plaintiff,**

**- against –**

**CAPITAL ONE, N.A., ET AL.,**

**Defendants.**

**26-cv-3715 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendants' prior motion to dismiss on **Monday, September 21, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated: New York, New York**
**August 31, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**