UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIS PATRICK,

Plaintiff,

- against –

CAPITAL ONE, N.A., ET AL.,

Defendants.

26-cv-3715 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The pro se plaintiff's time to respond to the motions to dismiss filed by the defendants was **November 11, 2026.** The plaintiff has not responded. The plaintiff may respond by **December 8, 2026.** If the plaintiff does not file a response, the motions may be decided on the current papers. If the plaintiff files a response, the defendants may reply by **December 28, 2026.**

The Clerk is requested to email a copy of this Order to marquispatrick91@gmail.com and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
November 24, 2026

John G. Koeltl
United States District Judge